# Exhibit A

# Table of Settlement Approval Deadlines

| EVENT | PROPOSED DEADLINE | SETTLEMENT AGREEMENT PROVISION |
|---|---|---|
| Defendant to transfer estimated Notice and Administration costs to QSF | + 10 business days from Preliminary Approval Order or date of receipt of wiring information, whichever is later | § 11.1 |
| Defendant to provide list of Settlement Class Members to Class Counsel and Claims Administrator | + 30 days from Preliminary Approval Order | § 7.1.1 |
| Claims Administrator to Send Mailed Notice and Commence Publication Notice | + 20 business days after receiving Settlement Class list from Defendant | § 7.1.2 |
| Deadline to file (a) requests to opt out; (b) objections; (c) claims | + 90 days from mailing of notice | §§ 7.1.3, 9.1. 10.1 |
| Claims Administrator to provide parties with final list of self-identifying claimants | + 10 days from close of Notice Period | § 5.4.4.6 |
| Claims Administrator to provide Defendant a final list of claimants requiring employment verification | + 10 days from close of Notice Period | § 5.4.4.4 |
| Defendant to provide final response verifying employment for claimants | + 45 days from receiving list of claimants to verify | § 5.4.4.4 |
| Deadline for Plaintiff to file motions for (a) Attorneys' fees and costs; (b) service award | 14 days before objections are due | §§ 5.5, 5.6 |
| Deadline for Plaintiff to file motion for Final Approval | + 7 days after objections are due, but at least 14 days before Fairness Hearing | § 15.1 |

January 15, 2021
Page 2 of 2

| | | |
|---|---|---|
| Fairness Hearing | At Court's convenience, but at least 180 days from Preliminary Approval Order | § 14.1.3 |
| Settlement Effective Date | + 1 day after deadline for any appeal of Final Approval Order or after resolution of any appeal of Final Approval Order | § 2.47 |
| Defendant to transfer balance of settlement fund to QSF | + 10 business days from Settlement Effective Date or receipt of final calculation from Claims Administrator | § 11.1.2 |
| Claims Administrator to pay Attorneys' fees and costs and service award | + 3 business days after receipt of funds | §§ 11.2.1, 11.2.2 |
| Claims Administrator to mail settlement checks to Settlement Class Members | + 30 days after receipt of funds | § 11.2.3 |
| Claims Administrator to provide Class Counsel with list of Settlement Class Members who have not cashed checks | + 160 days from date checks are mailed | § 11.3 |
| Check cashing deadline | + 180 days from date checks are mailed | § 11.3 |