UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICKOLAS TSUI, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART INC.,<br><br>    Defendant. | No. 1:20-cv-12309-DPW |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff Nickolas Tsui respectfully moves this Court for an extension of time, from September 30, 2021 to October 4, 2021, to file his Motion for Final Approval of Settlement, Motion for Attorneys' Fees and Costs, and Motion for Service Award.

As grounds for this motion, Plaintiff states as follows:

1. On June 3, 2021 the Court set forth a schedule requiring Plaintiff to file his Motion for Final Approval of Settlement, Motion for Attorneys' Fees and Costs, and Motion for Service Award by September 30, 2021. ECF No. 32.

2. The deadline for Settlement Class Members to submit a claim form, object to the Settlement, or opt out of the Settlement is September 30, 2021.

3. Extending the deadline to October 4, 2021 will allow Plaintiff to have an accurate count of the number of claims, objections, and opt-out requests that have been filed in advance of the Fairness Hearing currently scheduled for October 14, 2021.

4. This extension will allow the Court to have a more complete record, approximately 10 days in advance of the Fairness Hearing. Plaintiff recommends that the

Fairness Hearing be kept on calendar, as the Court-approved notice of settlement advised Class members that the final approval motion would be heard on this date.

Defendant Walmart Inc. ("Defendant" or "Walmart") does not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant his Motion for Extension of Time.

Dated: September 27, 2021
New York, NY

Respectfully submitted,

 /s/ Adam T. Klein
Adam T. Klein*
OUTTEN & GOLDEN LLP
685 Third Ave., 25th Floor
New York, NY 10017
Tel: (212) 245-1000
Email: atk@outtengolden.com

Nathaniel Silver
BLOCK & LEVITON LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Email: nate@blockleviton.com

R. Joseph Barton*
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Tel: (202) 734-7046
Email: joe@blockesq.com

Peter Romer-Friedman*
GUPTA WESSLER PLLC
1900 L St. NW, Suite 312
Washington, DC 20036
Tel: (202) 888-1741
Email: peter@guptawessler.com

Matthew Z. Crotty*
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave., Suite 404
Spokane, WA 99201

Tel: (509) 850-7011
Email:matt@crottyandson.com

Thomas G. Jarrard*
LAW OFFICE OF THOMAS G. JARRARD LLC
1020 N. Washington St.
Spokane, WA 99201
Tel: (425) 239-7290
Fax: (509) 326-2932
Email: Tjarrard@att.net

* admitted *pro hac vice*
*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 27, 2021 a copy of the foregoing document was filed electronically and service made by certified mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by certified mail for anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                            /s/ *Adam T. Klein*
                                                             Adam T. Klein